1
2
3
4
5
6
7

8                                   UNITED STATES DISTRICT COURT

9                                   SOUTHERN DISTRICT OF CALIFORNIA

10                                  **(HONORABLE JEFFREY T. MILLER)**

11   UNITED STATES OF AMERICA,          )    CASE NO. 08CR4011-JM
                                        )
12                  Plaintiff,          )
                                        )    ORDER TO CONTINUE
13   v.                                 )    MOTION HEARING/ TRIAL SETTING
                                        )
14   BENJAMIN GIOVANNI GATES,           )
                                        )
15                  Defendant.          )
                                        )
16   _____

17        Joint motion having been entered by the parties, and good cause appearing, IT IS HEREBY

18   ORDERED, that the motion hearing/ trial setting date for defendant BENJAMIN GIOVANNI GATES,

19   currently in custody, be continued from December 12, 2008 at 11:00 a.m., to **January 23, 2009 at**

20   **11:00 a.m.**

21        **SO ORDERED.**

22   DATED: December 10, 2008

23                                              _____
                                                Hon. Jeffrey T. Miller
24                                              United States District Judge

25
26
27
28

                                                                                         08CR4011