UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR4011-JM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| BENJAMIN GIOVANNI GATES, ) | |
| Defendant. ) | |

Joint motion having been entered by the parties [Docket No. 16], and good cause appearing, **IT IS HEREBY ORDERED**, that the motion hearing/trial setting date in this matter be continued from January 23, 2009 at 11:00 a.m., to **March 20, 2009 at 11:00 a.m.**

**SO ORDERED.**

DATED: January 20, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

08CR4011